UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES                    )          Cr. No. 24-10048-MLW
                                 )
                                 )
        v.                       )
                                 )
                                 )
CRAIG MEDOFF,                    )
        Defendant.               )
                                 )
                                 )
                                 )

MEMORANDUM AND ORDER

WOLF, D.J.                                        March 25, 2024

        The court has considered the parties' March 20, 2024 Status

Report (Dkt. No. 26), their Assented to Motion to Continue Trial

Date (Dkt. No. 25),[1] and defendant Craig Medoff's Motion to Recuse

District Judge (Dkt. No. 24). The government has previously been

ordered to respond to the Motion to Recuse by March 26, 2024, and

shall do so.

        Both the motion for a lengthy continuance of the trial date

and Medoff's motion to recuse suggest that his counsel, Peter

Horstmann, may not understand the elements of criminal contempt.

See, e.g., United States v. Michaud, 928 F.2d 13, 15 (1st Cir.

1991); United States v. Lynch, 162 F.3d 732, 734-35 (2d Cir. 1998).

_____

[1] The motion to continue the trial date misstates a prior Order.
On February 29, 2024 the court allowed the parties' February 26,
2024 Motion to Extend Deadlines and Continue Trial. See Dkt. Nos.
12, 18. The court was not asked, and in any event did not order,
that trial would begin on September 1, 2024.

They also suggest that he may not be familiar with the requirements for establishing estoppel or issue preclusion. See, e.g., Taylor v. Sturgell, 128 S.Ct. 2161, 2171 (2008); In re Sonus Networks, Inc, S'holder Derivative Litig., 499 F.3d 47, 56-57 (1st Cir. 2007); South Boston Allied War Veterans Council v. City of Boston, 875 F.Supp. 891, 907-09 (D. Mass. 1995).

In view of the foregoing, it is hereby ORDERED that:

1.    The Assented to Motion to Continue Trial Date (Dkt. No. 25) is DENIED without prejudice.

2.    Counsel for the government and defendant shall, by March 28, 2024, file affidavits stating whether they have reviewed all of the pleadings since the SEC's motion for civil contempt (Dkt. No. 735) was filed on September 27, 2023, all of the transcripts in the hearings since then, all of the transcripts of depositions taken by the Securities and Exchange Commission (SEC), and all of the documents produced to the SEC since the filing of its motion for civil contempt. If all of the foregoing documents have not been reviewed, counsel shall identify with specificity what remains to be reviewed.[2]

---

[2] This information is necessary for the court to make a properly informed decision on whether any further continuance of the trial date is justified.

3.     The previously scheduled March 28, 2024 hearing shall be conducted on April 3, 2024, at 1:00 p.m. instead.

_____
UNITED STATES DISTRICT JUDGE