# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Case No. 24-cr-10048-MLW** |
| **CRAIG MEDOFF,** | |
| **Defendant.** | |

## STATUS REPORT

The defendant, Craig Medoff, through counsel, hereby responds to the Court's Order dated April 30, 2024, and states that he does not intend to change his plea of not guilty.[1]

        Respectfully submitted,

        PETER CHARLES HORSTMANN
        B.B.O. # 556377
        450 Lexington Street, Suite 101
        Newton, MA 02466
        (617) 519-9011 mobile
        *pete@horstmannlaw.com*

---

[1] The Parties submitted a joint proposed plea agreement dated April 26, 2024, [ECF#69], pursuant to Fed.R.Crim.Pro., Rule 11(e)(1)(c) which the Court rejected on April 29, 2024. The Defendant would change his plea under the terms set forth therein, should the Court reverse its prior ruling.

## **CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, hereby certify that on May 2nd, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      Peter Charles Horstmann, Esquire