**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 24-cr-10048-MLW |
| **CRAIG MEDOFF,** | |
| Defendant. | |

**DEFENDANT'S STATUS REPORT REGARDING**
**OBJECTIONS TO GOVERNMENT EXHIBITS**

NOW COMES the defendant, Craig Medoff, through counsel, and hereby notifies this Honorable Court that he does not have any additional objections to the Government's Exhibits beyond those objections set forth in the Defendant's Motion in Limine to Preclude the Introduction of Evidence in Violation of Rule 404(b) and Rule 403, [ECF#50], which was denied by the Court. [ECF#62]. Counsel will renew these objections at trial when Exhibits 1, 2, 5, 108 and 116 are offered into evidence, as required.

Defendant reserves the right to seasonably supplement this report depending on the receipt of additional exhibits and a review of all discovery.

Respectfully submitted,

PETER CHARLES HORSTMANN
B.B.O. # 556377
450 Lexington Street, Suite 101
Newton, MA 02466
(617) 519-9011
*pete@horstmannlaw.com*

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on May 9th, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Peter Charles Horstmann, Esquire