UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | Cr. No. 24-10048 |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG MEDOFF, | ) | |
| Defendant. | ) | |

ORDER

WOLF, D.J.                                                      May 9, 2024

Defendant Craig Medoff did not, as required by paragraph 7 of the April 30, 2024 Order (Dkt. No. 75), file any objections he has to the government's proposed exhibits and briefly state the reason(s) for each. It is hereby ORDERED that, by 2:00 p.m. on May 10, 2024, Medoff do so or state that he does not object to the admission of any of the government's proposed exhibits.

/s/ Charles P. Wolf
UNITED STATES DISTRICT JUDGE