UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No. 24-10048-MLW |
| | ) |
| CRAIG MEDOFF, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                        May 13, 2024


If the court is available, a pretrial conference shall be held on May 16, 2024, at 2:30 p.m. If the court is not available then, the parties will be informed and the pretrial conference will be held instead on May 17, 2024, at 2:30 p.m.

                                                  /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT COURT