IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | No. 24CR10048-MLW |
| | ) | |
| **CRAIF MEDOFF.** | ) | |
| | ) | |

## REVISED EMERGENCY MOTION FOR RULE 11(a)(1) HEARING

NOW COMES the defendant, Craig Medoff, through counsel, and respectfully moves this Honorable Court to schedule a Rule 11(a)(1) Hearing at the earliest opportunity. There is no plea agreement. An expedited hearing is requested due to the impending trial date and pretrial conference. The government through its representative AUSA Lesley Wright has assented to the instant motion.

Respectfully submitted,

_____
Peter Charles Horstmann, Esquire
BBO #556377
450 Lexington Street, Suite 101
Newton, Massachusetts 02461
(617) 519-9011
*pete@horstmannlaw.com*

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 15th day of May, 2024, a copy of the foregoing motion was served electronically, upon Lesley Wright, AUSA and Christopher Markham, AUSA, Office of the United States Attorney, One Courthouse Way, Boston, MA 02110.

_____
Peter Charles Horstmann, Esquire