# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

United States of America

      vs.

<u> Craig Medoff </u>             Docket No. <u>24CR10048-MLW-01</u>

**AMENDED PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant, Craig Medoff, who was placed under pretrial release supervision by the <u>Honorable Judith G. Dein</u>, on <u>2/28/2024</u> under the following conditions:

1. Report to U.S. Probation and Pretrial Services as directed.
2. Surrender any passport to U.S. Probation and Pretrial Services.
3. Travel is restricted to the Continental United States.
4. Defendant shall comply with the 2016 order.

On 04/29/2024, the Honorable Mark L. Wolf modified the conditions of release to include:

5. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
6. Submit to any testing required by the pretrial services office or the supervising officers to determine whether the defendant us using a prohibited substance. Testing may be used with random frequency and may include random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
7. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

On 05/14/2024, the U.S. Probation Office filed a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE (PS8) alleging the following:

On 04/29/2024, Mr. Medoff admitted to marijuana use and denied any cocaine use. He provided a urinalysis, and the sweat patch was applied. This sample was sent to the national lab, Alere, which has been confirmed as a positive test for cocaine.

On 05/03/2024, Mr. Medoff reported to the office as directed and provided a urinalysis. He denied any drug use. This sample was sent to the national lab and has been confirmed as a positive test for cocaine.

On 05/06/2024, Mr. Medoff met with Probation Officer, Maureen Curran. Mr. Medoff reported that he did have a cocaine relapse on or around 04/23/2024. He denied any cocaine use after that date and estimated that he was sober from cocaine for about eleven days. He provided a urinalysis on this date. This sample was sent to the national lab and has been confirmed as a positive test for cocaine.

On 05/06/2024, Mr. Medoff reported to the office as directed and the initial sweat patch was removed and a new one was applied. He denied any additional use of cocaine or marijuana. He provided a urinalysis, and this sample was sent to the national lab and has been confirmed as a positive test for cocaine.

On 05/10/2024, Mr. Medoff reported to the office as directed and provided a urinalysis which was sent out for testing and the results are pending.

On 05/13/2024, Mr. Medoff reported to the office as directed and provided a urinalysis via an instant cup with initial results yielding a positive for cocaine. The sample has been sent out for further testing and results are pending. Mr. Medoff adamantly denies further cocaine use and has been referred for a substance use evaluation. The probation office did not apply a new sweat patch on Mr. Medoff due to the expiration date on the available patches. A new shipment of sweat patches has been ordered and will be readministered on Mr. Medoff upon arrival.

The U.S. Probation Office wishes to inform the Court that as of this writing:

The urinalysis provided by Mr. Medoff on 05/10/2024 was tested by our local lab and resulted in a positive test for cocaine. This sample has been sent to the national lab for confirmation.

The urinalysis provided by Mr. Medoff on 05/13/2024, which tested positive for cocaine via an instant cup, was tested by our local lab and resulted in a positive test for cocaine. This sample will be sent out to the national lab for confirmation.

And respectfully seeks action by the Court and for cause as follows:

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☒ Issue a summons for the defendant to appear for a show cause hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 5/14/2024  Place: Boston, Massachusetts

/s/ Maureen Curran  Date: 5/14/2024
Maureen Curran
United States Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☐ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

Considered and ordered this _____ day of _____, 2024, and ordered filed and made part of the record in the above case.

_____
Judicial Officer