UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. No. 24-10048-MLW |
| | ) |
| CRAIG MEDOFF,<br>    Defendant. | ) |

<u>ORDER</u>

WOLF, D.J.                                                                                         May 16, 2024

    For the reasons stated in court at the May 16, 2024, hearing, it is hereby ORDERED that:

    1. Except as provided in paragraph 2 of this Order, defendant Craig Medoff shall not communicate with Mark Levy, either directly or indirectly. This prohibition includes but is not limited to oral, written, and electronic communications.

    2. Medoff's attorney, Peter Horstmann, may communicate with Levy to the extent necessary to transition any accounting matters from Levy to Medoff.

                                                                    /s/ Mark L. Wolf
                                                                 UNITED STATES DISTRICT COURT