UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                        ) | CR. No. 24-10048-MLW |
| ) | |
| CRAIG MEDOFF,             ) | |
|    Defendant.             ) | |

ORDER

WOLF, D.J.                                              June 3, 2024

For the reasons described in detail at the June 3, 2024, hearing,[1] the court has determined that:

First, there is probable cause to believe that defendant Craig Medoff has violated federal and state law since he was released pending trial on February 28, 2024 (Dkt. No. 17), and since he was released pending sentencing on May 16, 2024 (Dkt. No. 125). Specifically, there is probable cause to believe that Medoff unlawfully possessed cocaine, which is a controlled substance under federal and state law, in violation of 21 U.S.C. §844 and M.G.L. ch.94C, §34. See 18 U.S.C. §3148(b)(1)(A).

Second, the court finds by a preponderance of the evidence that Medoff is unlikely to abide by the conditions of release requiring that he not violate state or federal law (Condition No. 1) and not

---

[1] When the transcript of the June 3 hearing is finalized, this Order will be amended and the transcript of the June 3 hearing will be attached hereto as Exhibit 1.

1

use or unlawfully possess controlled substances unless prescribed by a licensed medical practitioner (Condition No. 7(m)). See 18 U.S.C. §3148(b)(2)(B).

Therefore, it is hereby ORDERED that:

1. Medoff's release pending sentencing is REVOKED;

2. Medoff shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Medoff shall be afforded reasonable opportunity for private consultation with counsel while detained; and

4. The warden of the facility in which Medoff is confined shall deliver Medoff to a United States Marshal for the purpose of appearing at all future proceedings scheduled in this case, including Medoff's sentencing hearing, which is scheduled for August 7, 2024 (Dkt. No. 124).

                                                /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT COURT