```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
                               )
          v.                   )     CR. No. 24-10048-MLW
                               )
CRAIG MEDOFF,                  )
     Defendant.                )
```

<u>ORDER</u>

WOLF, D.J.                                            July 16, 2024

With regard to defendant Craig Medoff's Emergency Assented to Motion to Grant Access to Sealed Financial Documents to U.S.P.O. and A.U.S.A. for Purposes of Sentencing (Dkt. No. 166), it is hereby ORDERED that:

1. The request to provide Probation and the government with the financial affidavits referenced in Medoff's motion (Dkt. Nos. 90, 103, 121, 131) is ALLOWED. As those submissions can only be understood in the context of the affidavit that Medoff filed to obtain the appointment of Criminal Justice Act counsel (Dkt. No. 4) and the April 30, 2024 Order (Dkt. No. 76) concerning information in that affidavit, these documents (Dkt. Nos. 4, 76) shall also be provided to Probation and the government.

2. As the court intends to address the accuracy and completeness of the foregoing documents at Medoff's sentencing

hearing, the request to keep them under seal is DENIED. See United States v. Kravetz, 706 F.3d 47, 56-59 (1st Cir. 2013); F.T.C. v. Standard Fin. Mgmt. Corp., 830 F.2d 404, 409, 411-12 (1st Cir. 1987).

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE